IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERNEST LOUIS HALFORD [E] #365751,

                Plaintiff,                      ORDER

    v.

                                                  10-cv-206-slc

RICK RAEMISCH: D.O.C.,
Gov. JAMES DOYLE and
Current: H.F.S. - Dir.,

                Defendants.

---

        Plaintiff Ernest Louis Halford, a prisoner at the Waupun Correctional Institution, has submitted a proposed complaint.  He has not paid the $350 filing fee or submitted a certified copy of his six-month trust fund account statement.  Therefore, I construe plaintiff's complaint to include a request for leave to proceed *in forma pauperis*.  A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act.  Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

        Plaintiff's complaint was filed on April 15, 2010.  His trust fund account statement should cover the six-month period beginning approximately October 16, 2009 and ending approximately April 16, 2010.  Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2).  Plaintiff should show a copy of this order to prison officials so that they are aware they should send plaintiff's trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff may have until May 7, 2010, in which to submit a trust fund account statement for the period beginning October 16, 2009 and ending April 16, 2010. If, by May 7, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 19th day of April, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge