IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAYMOND K. HEDGESPETH, JR.,

        Plaintiff,                       MEMORANDUM

   v.                                              09-cv-246-slc

BYRON BARTOW,
Director Wisconsin Resource Center; and
STEVE WATTERS,
Director Sand Ridge Secure Treatment Center,

        Defendants.

---

       Plaintiff has filed a request for an extension of time in which to respond to defendants' motion for summary judgment. Dkt. 68. Plaintiff has not signed the document as required by the Federal Rules of Civil Procedure. Under Rule 11(a), every pleading, motion and other paper filed with the court must be signed by the party if that party is not represented by counsel. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a). Therefore, I am returning plaintiff's document to him with his copy of this memorandum and giving him until May 10, 2010, in which to sign and return the document to this court. Failure to do so will result in the documents being stricken pursuant to Rule 11(a).

       Entered this 30th day of April, 2010.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge